No. 05-21-00640-CR

| | |
|---|---|
| STEPHANIE BELJANA LIMAURO | IN THE COURT OF APPEALS |
| VS. | 5th DISTRICT OF TEXAS |
| STATE OF TEXAS | AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/12/2024 6:24:11 AM
Ruben Morin
Clerk

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes STEPHANIE LIMAURO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 416th Judicial District Court of Collin County, Texas.

2. The case below was styled the STATE OF TEXAS vs. STEPHANIE LIMAURO, and numbered 416-82584-2020.

3. Appellant was convicted of the offense of aggravated robbery.

4. Appellant was assessed a sentence of 30 years in the Texas Department of Criminal Justice on June 24, 2021.

5. Notice of appeal was given on July 23, 2021.

6. The clerk's record was filed on August 19, 2021; the reporter's record was filed on September 20, 2021.

7. Appellant's brief was due on December 20, 2023.

8. Movant believed Appellant's brief and Motion for Extension were properly e-filed on January 4, 2023. Apparently, the filing was not received.

9. Appellant requests an extension of time of 52 days from the present due date, i.e. January 4, 2024.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

   a. Appellant's attorney's current caseload has resulted in the necessity to request an extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate and consider Appellant's brief timely filed on today's date.

Respectfully submitted,

Stephanie Duecker Hudson, PLLC
1333 W. McDermott Dr.
Suite 200
Allen, TX 75013

Tel: 469.519.7815
stephanie@stephaniehudson.law

By: _____/s/ Stephanie Hudson_____
    Stephanie Hudson
    State Bar No. 24007130

# CERTIFICATE OF SERVICE

This is to certify that on February 12, 2024, a true and correct copy of the above and foregoing document was served on the District Attorney's Office.


        /s/ Stephanie Hudson
Stephanie Hudson

STATE OF TEXAS                                §
                                              §
COUNTY OF DALLAS                              §

## UNSWORN DECLARATION

"My name is Stephanie Duecker Hudson, and I am the attorney of record in the above numbered and entitled cause.  My date of birth is October 13, 1970, and my address is 1333 W. McDermott Rd., Ste. 200, Allen, TX 75013, United States.  I declare under penalty of perjury that the foregoing is true and correct."

Executed in Dallas County, State of Texas, on the 12th day of February, 2024.


       /s/ Stephanie Hudson
Stephanie Hudson